IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIC MACKIE, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| TREVOR A. WINGARD, et al. | : | No. 14-4880 |
| Respondents. | : | |

**FILED**
MAY 1 3 2015
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**ORDER**

**ROBERT F. KELLY, J.**

AND NOW, this 13th day of May, 2015, upon careful and independent consideration of the petition for a writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The petition for writ of habeas corpus is DISMISSED with prejudice;

3. There is no probable cause to issue a certificate of appealability; and

4. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

_____
ROBERT F. KELLY, J.